WILLIAM COLLINS v. YORKVILLE WET WASH LAUNDRY, INC.— Motion to dismiss appeal denied on condition that the appellant procure the appellant's points to be filed, and notice the appeal for argument during the April term, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

NICOLA CINO v. PATRICK McGOVERN, INC.— Motion to dismiss appeal denied on condition that the appellant procure the case on appeal and the appellant's points to be served and filed on or before the 15th day of April, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

EDWARD E. GOODMAN v. BELARMINO ALVAREZ Y SUAREZ and Others.— Motion to dismiss appeal denied on condition that the case on appeal be served and filed on or before April 15, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MORRIS SEIDNER v. SAM FRUCHTER and Others. ETTA SEIDNER v. SAM FRUCHTER and Another. MORRIS SEIDNER v. SAM FRUCHTER and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SOPHIE BLOOM v. NEW YORK RAILWAYS CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

EDWARD GROSSMAN v. LONDON GUARANTEE AND ACCIDENT COMPANY, LTD.— Application granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ABRAHAM WYNEHOUSE v. PHILIP J. COGAN.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

EDWARD CEBRIAN v. BROOKS W. LOGAN.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HOLLEY CARBURETOR COMPANY v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY and Others.— Application granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

BARNET BERKOWSKY v. MARY SCHLEYER.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. GLOBE INDEMNITY COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GAETANO VINTAMALIO v. UNION STEVEDORING CORPORATION, Impleaded, etc. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BENJAMIN R. KITTREDGE v. ROBERT C. LAWRENCE, Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BENJAMIN R. KITTREDGE v. ARTHUR E. GRANNIS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NICHOLAS A. VAN SON v. MEYER HERBST, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KELLEY-CLARKE CO., INC., v. H. DWORKIS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.